FILED
January 6, 2006
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
) Case No. CR.S-02-0536-MCE
        Plaintiff, )
v. ) ORDER FOR RELEASE OF
) PERSON IN CUSTODY
SERGEY ERYOMENKO, )
)
        Defendant. )

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  SERGEY ERYOMENKO , Case No.  CR.S-02-0536-MCE , Charge  18USC § 3606, Supervised Release Violation , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

     __   Release on Personal Recognizance

     __   Bail Posted in the Sum of $_____

          __   Unsecured Appearance Bond

          __   Appearance Bond with 10% Deposit

          __   Appearance Bond with Surety

          __   Corporate Surety Bail Bond

     ✔   (Other)       Conditions as stated on the record.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  January 6, 2006  at  2:00 pm .

                              By   /s/ Gregory G. Hollows
                                   Gregory G. Hollows
                                   United States Magistrate Judge

Copy 5 - Court